AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**
JAN 8 2020
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vasile MICLESCU | ) | Case No. M-20-0035-M |
| YOB: 1980 Citizenship: Romania | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii) | Knowingly or in reckless disregard of the fact that A.G., a citizen of Romania, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said alien in furtherance of such violation of law within the United States, that is, from a location in Roma, Texas to the point of arrest in Roma, Texas. |

This criminal complaint is based on these facts:
On January 6, 2020, Border Patrol Agents encountered a male subject, later identified as Vasile MICLESCU, and a juvenile, later identified as A.G., after both illegally crossed the Rio Grande River near Roma, Texas. MICLESCU claimed to be traveling along with his juvenile daughter and son. An immigration inspection was conducted and all three subjects were determined to be illegally present in the United States.

☒ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:
Approved AUSA Claire Nguyen, 1/8/2020
Sworn to before me and signed in my presence.

*Complainant's signature*
Scott Przekop, HSI Special Agent
*Printed name and title*

Date: 01/08/2020

City and state: McAllen, Texas

*Judge's signature*
U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

RE: Vasile MICLESCU

CONTINUATION:

The subjects were subsequently transported to the Rio Grande Valley/Central Processing Center to be processed accordingly.

On January 7, 2020, Homeland Security Investigations Special Agents (HSI) interviewed Vasile MICLESCU upon suspicion that his claim to be the child's father was false. At that time, Vasile MICLESCU admitted that he was not the real father of the child and had produced a fraudulent document to claim relation to the child. Prior to being interviewed, Vasile MICLESCU was read his Miranda Rights and chose to waive them.

Vasile MICLESCU stated that, in fact, he is not the father of the child and was transporting the child in order to be allowed to remain the United States. MICLESCU stated that he intended to take the child to her biological father's home in California. MICLESCU implied he knew the child was illegally in the United States and intended to further the juvenile's illegal entry and presence in the United States.

The female juvenile was identified as A.G.